THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-cv-00006-FDW-SCR

| | |
|---|---|
| LM INSURANCE CORPORATION,<br><br>                        Plaintiff,<br>v.<br><br>DAVID SIMONINI CUSTOM HOMES, LLC;<br>DAVID SIMONINI CUSTOM HOMES NC,<br>LLC; DAVID SIMONINI CUSTOM HOMES,<br>INC.; and DAVID SIMONINI, individually;<br><br>                        Defendants. | **MOTION FOR DEFAULT<br>JUDGMENT** |

NOW COMES Plaintiff LM Insurance Corporation, by and through counsel and pursuant

to Federal Rule of Civil Procedure 55 and hereby submits this Motion for Default Judgment. For

the reasons set forth more fully in the Memorandum of Law filed herewith, and based on the

Affidavit attached as Exhibit 1, Plaintiff is entitled to Default Judgment on its claims in a sum

certain of $528,446.00.

Date: May 30, 2025

s/Russell M. Racine
Russell Racine
NC Bar No.: 33593
Taylor J. Sweet
NC Bar No.: 55101
**CRANFILL SUMNER LLP**
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 940-3418
Facsimile: (704) 831-5501
rracine@cshlaw.com
tsweet@cshlaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day served the foregoing **MOTION FOR DEFAULT JUDGMENT,** on all of the parties to this cause by:

_____ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

__X__ Via electronic mail addressed to each said party as follows:

David Simonini
david@davidsimonini.com
*Pro Se*

Date: May 30, 2025

s/Russell M. Racine
Russell Racine
NC Bar No.: 33593
Taylor J. Sweet
NC Bar No.: 55101
**CRANFILL SUMNER LLP**
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 940-3418
Facsimile: (704) 831-5501
rracine@cshlaw.com
tsweet@cshlaw.com
*Attorneys for Plaintiff*

2

4910-5175-5588, v. 1